Stipulation to Dismiss
Civil Action No. 12-7126

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN FIRE & CASUALTY INSURANCE COMPANY<br><br>and<br><br>OHIO CASUALTY INSURANCE COMPANY,<br><br>      Plaintiffs,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY<br><br>      Defendant,<br><br>and<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE<br><br>and<br><br>KEYSTONE ASSET MANAGEMENT, INC.<br><br>      Interested Parties. | CIVIL ACTION NO. 12-7126<br><br>Judge Juan R. Sánchez |

### STIPULATION TO DISMISS

As addressed before this Honorable Court, Plaintiffs and Defendant, by and through their undersigned counsel, hereby stipulate and agree that Keystone Asset Management, Inc. and Federal National Mortgage Association a/k/a Fannie Mae are hereby dismissed from the above-captioned case.

**Stipulation to Dismiss**
Civil Action No. 12-7126

By: /s/ Timothy W. Stalker

Timothy W. Stalker, Esq.
Darren L. Harrison, Esq.
STALKER VOGRIN BRACKEN & FRIMET LLP
6 Sentry Parkway East, Bldg. 620, Ste. 100
Blue Bell, PA 19422
T: (484) 753-0250
F: (484) 753-0260
tstalker@svbf-law.com
dharrison@svbf-law.com

*Attorneys for Plaintiffs, American Fire &*
*Casualty Company and Ohio Casualty*
*Company*

By: /s/ Maria Feeley

Maria Feeley (PA ID 80828)
feeleym@pepperlaw.com
Kaseem Lucas (PA ID 85851)
lucask@pepperlaw.com
Andrea de Vries (PA ID 205475)
devriesa@pepperlaw.com
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000

*Attorneys for Defendant*
*ACE American Insurance Company*

Dated: April 19, 2013

SO ORDERED:

_____
Juan R. Sánchez, J.