IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN FIRE & CASUALTY INSURANCE COMPANY | : | |
| | : | |
| and | : | |
| | : | |
| OHIO CASUALTY INSURANCE COMPANY | : | |
| Plaintiffs, | : | Civil Action 12-7126-JS |
| | : | |
| v. | : | Judge Juan R. Sanchez |
| | : | |
| ACE AMERICAN INSURANCE COMPANY | : | |
| Defendant. | : | |
| | : | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs and Defendant, by and through their undersigned counsel, hereby stipulate and agree pursuant to F.R.C.P. 41(a)(1)(A)(ii) that the above-referenced case is dismissed without prejudice.

Stalker | Vogrin | Bracken | Frimet

By: _____
Timothy W. Stalker, Esq. (PA ID 26565)
Darren L. Harrison, Esq. (PA ID 76115)
6 Sentry Parkway East
Bldg. 620, Ste. 100
Blue Bell, PA 19422
(484) 753-0250
Fax: (484) 753-0260
tstalker@svbf-law.com
dharrison@svbf-law.com
*Attorneys for Plaintiffs,*
*American Fire & Casualty Company and*
*Ohio Casualty Insurance Company*

Pepper Hamilton LLP

By: _____
Maria Feeley (PA ID 80528)
feeleym@pepperlaw.com
Kaseem Lucas (PA ID 85851)
lucask@pepperlaw.com
Andrea de Vries (PA ID 205475)
devriesa@pepperlaw.com
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000
*Attorneys for Defendant,*
*ACE American Insurance Company*

DATED: July 26, 2013

SO ORDERED:

_____
Juan R. Sánchez, J.

## CERTIFICATE OF SERVICE

I, Darren L. Harrison, Esquire, counsel for Plaintiffs, hereby certify that I served

the foregoing Stipulation to Dismiss on the following:


Maria A. Feeley, Esquire
Andrea Marie de Vries, Esquire
Kassem Lucas, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
feeleym@pepperlaw.com
lucask@pepperlaw.com
devriesa@pepperlaw.com
*Attorneys for Defendant, ACE American Ins. Co.*


By: _____

    Darren L. Harrison, Esquire
    Stalker | Vogrin | Bracken | Frimet
    *Attorneys for Plaintiffs,*
    *American Fire & Casualty Company and*
    *Ohio Casualty Insurance Company*


Dated: July 26, 2013